THE STATE EX REL. CARPENTER, APPELLANT,
*v.* TUBBS JONES, PROS. ATTY., APPELLEE.

[Cite as *State ex rel. Carpenter v. Tubbs
Jones* (1994), 68 Ohio St.3d 181.]

(No. 93–1676—Submitted December 7, 1993—Decided January 26, 1994.)

---

*Danny Carpenter, pro se.*

*Stephanie Tubbs Jones,* Cuyahoga County Prosecuting Attorney, and *Carol Shockley,* Assistant Prosecuting Attorney, for appellee.

---

Based only on the facts of this case, because no designee came to inspect the records, the judgment of dismissal of the court of appeals is affirmed, but not for the reasons given in the court of appeals' opinion.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.